UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR JENNINGS,<br><br>   Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, JR., Warden of San Quentin State Prison,<br><br>   Respondent. | Case No. 1:91-CV-0684-OWW-P<br><br>DEATH PENALTY CASE<br><br>Order Referring Case to Selection Board for Recommendation of New Lead Counsel |

The Selection Board for the Eastern District of California has responded to the Court's order of April 6, 2007, by providing a confidential recommendation regarding withdrawal of counsel and the Court's proposal for appointment of new counsel.

Upon due consideration of the Selection Board's recommendation, IT IS HEREBY ORDERED THAT an out-of-district appointment will be made and the Capital Habeas Unit for the Federal Defender for Central District of California is hereby appointed as lead counsel for Petitioner Wilbur Jennings. The Federal Defender is directed to meet and confer with previously-appointed counsel Lisa M. Martin and to provide the Court with a confidential report regarding whether it is feasible for Ms. Martin to

1 remain counsel in this case, and if so, in what capacity.  Absent good cause
2 for additional time, the Federal Defender's response shall be filed within 30
3 days of the date of entry hereof.  The previously filed requests to withdraw
4 as counsel will be determined after the Court considers the Federal
5 Defender's response.

7 IT IS SO ORDERED.

8 **Dated:     December 19, 2008**                       /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE

OReApptCnslJen                                  2