UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR JENNINGS, <br> Petitioner, <br> v. <br> R. K. WONG, Acting Warden, <br> California State Prison at San Quentin, <br> Respondent. | NO. CV 91-00684-OWW-P <br><br> **DEATH PENALTY CASE** <br><br> ORDER |

On Wednesday, March 25, 2009 at noon, the Court conducted a telephonic status conference in this matter. As decided during that conference, it is HEREBY ORDERED that this Court will conduct another status conference by telephone on Friday, April 24, 2009 at noon. Counsel for the parties shall jointly call the Court to participate in the status conference.

It is FURTHER ORDERED that Petitioner shall file a brief status report with the Court before the status conference.

IT IS SO ORDERED.

**Dated:   March 26, 2009**                               /s/ Oliver W. Wanger
                                                                        UNITED STATES DISTRICT JUDGE