UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR JENNINGS,<br><br>    Petitioner,<br><br>    v.<br><br>Robert. K. WONG, ActingWarden, California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:91-cv-0684 OWW<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S APPLICATION FOR AN EXTENSION OF TIME TO FILE SUPPLEMENT TO MOTION FOR EVIDENTIARY HEARING |

Having considered the unopposed application for a 14-day extension of Petitioner Wilbur Jennings to file his Supplement to Motion for Evidentiary Hearing, and finding good cause therefor,

IT IS HEREBY ORDERED that Petitioner's application is granted and that Petitioner shall have to and including July 8, 2009 to file and serve his Supplement to the Motion for Evidentiary Hearing; Respondent shall have to and including August 7, 2009 to file his response, and Petitioner shall have to and including September 8, 2009 to file a reply.

Dated: June 23, 2009

                                              /s/ Oliver W. Wanger
                                              Oliver W. Wanger
                                         United States District Judge