# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR JENNINGS,<br><br>        Petitioner,<br><br>   vs.<br><br>KEVIN CHAPPELL, as Warden of San Quentin State Prison,<br><br>        Respondent. | Case No.: 1:91-cv-00684 – AWI<br><br>DEATH PENALTY CASE<br><br>ORDER DEFERRING REQUEST TO DISMISS AMENDED PETITION FOR WRIT OF HABEAS CORPUS UNTIL DEATH CERTIFICATE IS SUBMITTED |

      Counsel for Petitioner Wilbur Jennings ("Jennings") filed a request to dismiss his federal habeas petition February 13, 2014, based on a notification that Jennings had died on February 11, 2014. Counsel for Jennings indicates a death certificate has been requested and with be provided if the Court requires one to dismiss the case.

      Jennings' death precludes his authorization to dismiss his federal proceedings, so a death certificate is required in order to dismiss the case. Upon receipt of Jennings' death certificate, the request to dismiss the case will be granted.

IT IS SO ORDERED.

Dated:   February 13, 2014  .

                                              /s/ Anthony W. Ishii
                                             Anthony W. Ishii
                                           **United States District Judge**