# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR JENNINGS,<br><br>    Petitioner,<br><br>  v.<br><br>KEVIN CHAPPELL, as Warden of San Quentin State Prison,<br><br>    Respondent. | Case No.: 1:91-cv-00684-AWI<br><br>DEATH PENALTY CASE<br><br>ORDER REQUIRING COUNSEL TO PROVIDE STATUS OF DEATH CERTIFICATE |

On February 13, 2014, Petitioner's counsel filed a request to dismiss this habeas petition based upon Petitioner's death. On February 13, 2014, District Judge Anthony Ishii filed an order deferring the dismissal of the petitioner until a death certificate was provided. To date, no death certificate has been provided to the Court.

Based on the foregoing, IT IS HEREBY ORDERED that within seven (7) days from the date of service of this order, counsel shall provide the Court with the death certificate or a status report on the issuance of the death certificate, or in the alternative, show cause why this action should not be dismissed by Judge Ishii due to Petitioner's death without the need for a death certificate if one is not forth coming.

IT IS SO ORDERED.

Dated:   **May 6, 2014**

UNITED STATES MAGISTRATE JUDGE

1